IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

ELIZABETH BELL, individually and                )
on behalf of all others similarly situated,      )
                                                 )
          Plaintiff,                             )
                                                 )   Case No. 4:15-cv-00067-BAE-GRS
v.                                               )
                                                 )
ANTHEM, INC., and BLUE CROSS AND                 )
BLUE SHIELD OF GEORGIA, INC.,                    )
                                                 )
          Defendants.                            )

## CONSENT ORDER STAYING PROCEEDINGS PENDING
## RESOLUTION OF THE SECTION 1407 TRANSFER MOTION

This matter came before the Court on the parties' Joint Motion to Stay Proceedings

Pending Resolution of the Section 1407 Transfer Motion and the Memorandum of Law in

Support. The Court, being duly advised, hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT this action and all deadlines are stayed until the

Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion for MDL

centralization in *In re: Anthem, Inc. Customer Data Security Breach Litigation*, MDL No. 2617,

and either (a) a scheduling order is entered by the United States District Court to which the

JPML transfers this case governing further proceedings in this case, or (b) if centralization is

denied, 21 days after the JPML acts.

SO ORDERED this 27th day of *March*, 2015.

Magistrate _____ M Smith _____
                       Judge, United States District Court
                       Southern District of Georgia